UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL HICKINGBOTTOM,<br><br>              Plaintiff,<br><br>      v.<br><br>GILSTRAP Ofc.,<br>HOLCOMB Lt.,<br>BRUCE LEMMON Commissioner,<br>UNKNOWN BUSINESS ADMINSTRATIVE,<br>T. WELLINGTON Grievance Specialist,<br>T. TEMPLETON Grievance Specialist,<br><br>              Defendants. | No. 2:22-cv-00010-JRS-MG |

## PARTIAL FINAL JUDGMENT

Partial Final Judgment under Rule 54(b) of the Federal Rules of Civil Procedure is now entered in favor of the defendants and against plaintiff Michael Hickingbottom on his access-to-court claims. These claims were dismissed at screening for failure to state a claim upon which relief could be granted. Mr. Hickingbottom shall take nothing by way of his complaint against Bruce Lemmon, "Unknown Business Administrative," T. Wellington, and T. Templeton, as the access-to-court claims were the only claims asserted against these defendants.

Date: 9/26/2022

                                                              JAMES R. SWEENEY II, JUDGE
                                                              United States District Court
                                                               Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
       Deputy Clerk, U.S. District Court

Distribution:

MICHAEL HICKINGBOTTOM
147099
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

All Electronically Registered Counsel