UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MICHAEL HICKINGBOTTOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00010-JRS-MG |
| | ) | |
| BRUCE LEMMON Commissioner, | ) | |
| UNKNOWN BUSINESS ADMINSTRATIVE, | ) | |
| T. WELLINGTON Grievance Specialist, | ) | |
| T. TEMPLETON Grievance Specialist, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Final Judgment under Rule 58 of the Federal Rules of Civil Procedure is now entered in favor of defendants Bruce Lemmon, "Unknown Business Administrative," T. Wellington, and T. Templeton and against plaintiff Michael Hickingbottom on all claims. These claims were dismissed at screening for failure to state a claim upon which relief could be granted.

This action is now closed.

Date: 11/7/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MICHAEL HICKINGBOTTOM
147099
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838

All Electronically Registered Counsel